**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____  Chapter __**11**__

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Anderson Hay Enterprise, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-5259502** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **910 S. Anderson Road**<br>**Ellensburg, WA 98926**<br>Number, Street, City, State & ZIP Code | **PO Box 99**<br>**Ellensburg, WA 98926**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Kittitas**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **andersonhay.com**

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

25-02074-WLH11   Doc 1   Filed 11/26/25   Entered 11/26/25 16:17:53   Pg 1 of 19

**7.   Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
        __1119__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

25-02074-WLH11    Doc 1    Filed 11/26/25    Entered 11/26/25 16:17:53    Pg 2 of 19

List all cases. If more than 1,
attach a separate list

| Debtor District | **See Attachment** | | Relationship | |
|---|---|---|---|---|
| | When | | Case number, if known | |

**11. Why is the case filed in** *this district?*

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☑ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Anderson Hay Enterprise, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 26, 2025**
                 MM / DD / YYYY

**X** **/s/ Steve Gordon**                 **Steve Gordon**
    Signature of authorized representative of debtor        Printed name

Title    **CFO**

**18. Signature of attorney**

**X** **/s/ James L. Day**             Date   **November 26, 2025**
    Signature of attorney for debtor                   MM / DD / YYYY

**James L. Day**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone   **(206) 292-2110**     Email address   **jday@bskd.com**

**WSBA 20474 WA**
Bar number and State

25-02074-WLH11    Doc 1    Filed 11/26/25    Entered 11/26/25 16:17:53    Pg 4 of 19

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____    Chapter    **11**

☐ Check if this is an
   amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Anderson Agri LLC** | | Relationship to you | | **Subsidiary** |
| District | **WAED** | When | Case number, if known | | |
| Debtor | **Anderson Hay & Grain Co., Inc.** | | Relationship to you | | **Subsidiary** |
| District | **WAED** | When | Case number, if known | | |
| Debtor | **Anderson Pet Holdings LLC** | | Relationship to you | | **Subsidiary** |
| District | **WAED** | When | Case number, if known | | |
| Debtor | **M T A Farms LLC** | | Relationship to you | | **Subsidiary** |
| District | **WAED** | When | Case number, if known | | |
| Debtor | **M T A Holdings, L.L.C.** | | Relationship to you | | **Affiliate** |
| District | **WAED** | When | Case number, if known | | |
| Debtor | **MTA Ranch, LLC** | | Relationship to you | | **Affiliate** |
| District | **WAED** | When | Case number, if known | | |

## RESOLUTIONS OF BOARD OF DIRECTORS OF
## ANDERSON HAY ENTERPRISE, INC.

The undersigned, constituting all the members of the Company's Board of Directors of Anderson Hay Enterprise, Inc., a Washington Corporation (the "Company"), pursuant to RCW 23B.08.210 and the Company's Second Amended Bylaws, hereby, through unanimous written consent, adopt the following resolutions effective as of the date last signed below:

**WHEREAS**, the Company's financing (the "Loan") through AgWest Farm Credit Services ("AgWest") matured on July 1, 2025. Since that time, the Company, along with its legal and financial advisors, have sought to negotiate terms with AgWest that would either amend and extend the maturity date of the loan or form the basis for a forbearance agreement to allow the Company and guarantors of the Loan to liquidate assets to satisfy the Loan; and

**WHEREAS**, those efforts have been unsuccessful, and AgWest has now advised the Company that it intends to transmit notices to the account debtors of the Company and affiliates (the "Notices") directing that they pay over all amounts owing to AgWest unless the Company accedes to a demand by AgWest that it immediately grant AgWest deeds of trust encumbering all property owned by the Company and its affiliates. Granting such deeds of trust would immediately constitute an event of default in connection with outstanding financing owing to PGIM; and

**WHEREAS,** if AgWest proceeds to transmit the Notices, the ability of the Company and its affiliates to pay their operating expenses, including without limitation payroll, taxes, and insurance, and to otherwise maintain current operations, would be in severe jeopardy; and

**WHEREAS**, the Board has reviewed the Company's financial condition, considered the strategic alternatives available to the Company, and, in consultation with the Company's legal and financial advisors, has determined that it is advisable and in the best interests of the Company, its creditors, its stockholders, and other parties in interest that, prior to the transmittal of the Notices, a voluntary petition (the "Petition") be filed by the Company with the United States Bankruptcy Court for the Eastern District of Washington (the "Bankruptcy Court") for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), including for the purpose of pursuing a reorganization of the Company in the Chapter 11 Case (defined below), and the Board hereby approves the filing of the Petition; and

**NOW, THEREFORE, BE IT RESOLVED:** That the officers of the Company, (the "Authorized Officers"), are authorized and directed, on behalf of and in the name of the Company, (i) to execute and verify the Petition and all documents ancillary thereto, to cause such Petition to be filed with the Bankruptcy Court commencing a chapter 11 case (the "Chapter 11 Case"), and to make or cause to be made prior to the execution thereof any modifications to such Petition or ancillary documents, and (ii) to execute, verify, and file or cause to be filed all such other petitions, schedules, lists, motions, applications, declarations, affidavits, and other papers or documents necessary, appropriate, advisable or desirable in connection with the foregoing, with such changes, additions, and modifications thereto as such Authorized Officer shall approve, such approval to be conclusively evidenced by such Authorized Officer's execution and delivery thereof.

**RESOLVED FURTHER:** That the Authorized Officers be, and each of them, acting alone or in any combination, hereby are, authorized, directed, and empowered, on behalf of and in the name of the Company, to appear in any proceedings in the Chapter 11 Case, to do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with the Chapter 11 Case, and to pay all expenses, including advisors' fees and retainers, taxes, indemnities, and filing fees in connection therewith, in each case as in such Authorized Officer's judgment shall be necessary, appropriate, advisable or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted herein, with all such payments to be conclusive evidence of such approval and that such Authorized Officer deemed the same to be so necessary, appropriate, advisable or desirable.

**RESOLVED FURTHER:** That the Authorized Officers be, and each of them, acting alone or in any combination, hereby are, authorized, empowered, and directed, on behalf of and in the name of the Company, to employ and retain the assistance of legal counsel, accountants, financial advisors, investment bankers, and other professionals which such Authorized Officer deems necessary, appropriate, advisable or desirable in connection with the Chapter 11 Case and the transactions contemplated thereby.

**RESOLVED FURTHER:** That the Board hereby authorizes, approves, and ratifies the actions taken by the officers of the Company in engaging the law firm of Bush Kornfeld LLP ("Bush Kornfeld") to represent the Company as bankruptcy counsel in the Chapter 11 Case, subject to Bankruptcy Court approval.

**RESOLVED FURTHER:** That the Authorized Officers are authorized and empowered to take any and all such further action, in consultation with the Company's legal counsel and other advisors, in connection with the Chapter 11 Case, including making all other required filings with the Bankruptcy Court on behalf of the Company with respect to the Chapter 11 Case, executing and delivering any and all such further agreements, instruments, documents and certificates and paying all expenses, fees and costs, in the name and on behalf of the Company, as any such officer may deem necessary or advisable and to effectuate the purposes and intent of these resolutions, the taking of such actions, the execution and delivery of such agreements, instruments, documents and certificates, and the payment of such expenses by any such officer to be conclusive evidence of his or her authorization hereunder and the approval thereof.

**RESOLVED FURTHER:** That the Authorized Officers be, and each of them hereby is, authorized and empowered to take any and all such further action, to execute, deliver and file any and all such further agreements, instruments, documents, certificates and communications and to pay such expenses, in the name and on behalf of the Company, as such officer may deem necessary or advisable to effectuate the purposes and intent of the resolutions hereby adopted, the taking of such actions, the execution, delivery, and filing of such agreements, instruments, documents, certificates or communications and the payment of such expenses by any such officer to be conclusive evidence of his or her authorization hereunder and the necessity, advisability, and approval thereof.

**RESOLVED FURTHER:** That all actions heretofore taken by any director, officer, or agent of the Company, for and on behalf of the Company, with respect to any of the matters

referenced in the foregoing resolutions are hereby ratified, approved, and confirmed in all respects.

This action by unanimous written consent shall be effective as of the date the Company receives the unanimous consent of the Company's directors. This action by unanimous written consent may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action. Any copy, facsimile, or other reliable reproduction of this action by unanimous written consent may be substituted or used in lieu of the original writing for all purposes for which the original writing could be used. This action by unanimous written consent shall be filed with the minutes of the proceedings of the board of directors of the Company.

APPROVED AND CONSENTED TO this 25th day of November, 2025.

SOLE DIRECTOR:

Mark T. Anderson

| | |
|---|---|
| ■ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 26, 2025**
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Title   **CFO**

**Steve Gordon**
Printed name

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date   **November 26, 2025**
MM / DD / YYYY

**James L. Day**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone   **(206) 292-2110**      Email address   **jday@bskd.com**

**WSBA 20474 WA**
Bar number and State

Debtor name     **Anderson Hay Enterprise, Inc.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule* _____
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **November 26, 2025**          X **/s/ Steve Gordon**
                                              Signature of individual signing on behalf of debtor

                                              **Steve Gordon**
                                              Printed name

                                              **CFO**
                                              Position or relationship to debtor

Debtor name    **Anderson Hay Enterprise, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 26, 2025**     X _____
                                      Signature of individual signing on behalf of debtor

                                      **Steve Gordon**
                                      Printed name

                                      **CFO**
                                      Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Anderson Hay Enterprise, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                              12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **AgWest Farm Credit Services, PCA 2001 S. Flint Rd Spokane, WA 99224** | | **All machinery and equipment, crops, inventory, accounts receivable and products and proceeds thereof and Real property in Kittitas and Chelan Counties** | | **$19,999,627.45** | **$0.00** | **$19,999,627.45** |
| **Anderson Agri LLC PO Box 99 Ellensburg, WA 98926** | | | | | | **$3,812,365.79** |
| **Anderson Export, Inc. PO Box 99 Ellensburg, WA 98926** | | | | | | **$772.29** |
| **Anderson Financial LLC PO Box 99 Ellensburg, WA 98926** | | | | | | **$1,955,000.00** |
| **Anderson Harvesting LLC PO Box 99 WA 98892-6000** | | | | | | **$568,021.76** |
| **Anderson Overseas PO Box 99 Ellensburg, WA 98926** | | | | | | **$2,602.48** |
| **MTA Farms LLC PO BOX 99 Ellensburg, WA 98926** | | | | | | **$10,566,080.25** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PGIM Real Estate Finance, LLC c/o Loan Services 2100 Ross Ave., Suite 2500 Dallas, TX 75201** | | | | | | **$15,419,560.00** |

# United States Bankruptcy Court
## Eastern District of Washington

In re   **Anderson Hay Enterprise, Inc.**              Case No.   _____

                          Debtor(s)        Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November 26, 2025** _____        **/s/ Steve Gordon** _____

                                            **Steve Gordon**/**CFO**

                                            Signer/Title

**United States Bankruptcy Court**
**Eastern District of Washington**

In re   **Anderson Hay Enterprise, Inc.**
_____   Case No. _____
                                    Debtor(s)        Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **November 26, 2025** _____

_____
~~Steve Gordon/CFO~~
Steve Gordon/CFO
Signer/Title

Anderson Hay Enterprise, Inc.
PO Box 99
Ellensburg, WA 98926


James L. Day
Bush Kornfeld LLP
601 Union St., Suite 5000
Seattle, WA 98101-2373


US Attorney
Attn Bankruptcy Assistant
700 Stewart ST #5220
Seattle, WA 98101-4438


Internal Revenue Service
Jackson Federal Bldg
915 2nd Ave M/S W243
Seattle, WA 98174


US Treasury
Secretary of the Treasury
1500 Pennsylvania Ave NW
Washington, DC 20220


WA Dept of Rev-SEA
Bankruptcy/Claims Unit
2101 4th Ave #1400
Seattle, WA 98121-2300


WA Dept of L&I-OLY
Collections
PO Box 44170
Olympia, WA 98504-4170


WA Dept of Emp Sec-OLY
UI Tax Admin
PO Box 9046
Olympia, WA 98507-9046

WA Attorney General
Bankruptcy & Collections Unit
800 5th Ave  #2000
Seattle, WA 98104


United States of America
Internal Revenue Service
915 Second Ave.
Seattle, WA 98174


Attorney General of the
  United States
US Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001


U.S. Small Business Admin
Legal Dept.
2401 Fourth Ave. #450
Seattle, WA 98121


U.S. Dept. of Justice
U.S. Attorney's Office, EDWA
PO Box 1494
Spokane, WA 99210-1494


AGWest Farm Credit
2001 S. Flint Rd
Spokane, WA 99224


AgWest Farm Credit Services, PCA
2001 S. Flint Rd
Spokane, WA 99224


Anderson Agri LLC
PO Box 99
Ellensburg, WA 98926

Anderson Export, Inc.
PO Box 99
Ellensburg, WA 98926


Anderson Financial LLC
PO Box 99
Ellensburg, WA 98926


Anderson Harvesting LLC
PO Box 99
WA 98892-6000


Anderson Harvesting LLC
PO Box 99
Ellensburg, WA 98926


Anderson Hay & Grain Co., Inc.
PO Box 99
Ellensburg, WA 98926


Anderson Overseas
PO Box 99
Ellensburg, WA 98926


Anderson Overseas Inc.
PO Box 99
Ellensburg, WA 98926


Anderson Pet Holdings LLC
PO Box 99
Ellensburg, WA 98926


Farm Credit Services of America
PO Box 2409
Omaha, NE 68103

Inland Northwest Terminals LLC
PO Box 99
Ellensburg, WA 98926


M T A Farms LLC
PO Box 99
Ellensburg, WA 98926


M T A Holdings, L.L.C.
PO Box 99
Ellensburg, WA 98926


Mark T. Anderson
PO Box 99
Ellensburg, WA 98926


MTA Farms LLC
PO BOX 99
Ellensburg, WA 98926


MTA Farms, LLC
PO Box 99
Ellensburg, WA 98926


MTA Ranch, LLC
PO Box 99
Ellensburg, WA 98926


PGIM Real Estate Finance, LLC
c/o Loan Services
2100 Ross Ave., Suite 2500
Dallas, TX 75201


RDO Equipment Co.
1415 S. 1st Ave.
Othello, WA 99344