| | |
|---|---|
| JAMES L. DAY (WSBA #20474)<br>RICHARD B. KEETON (WSBA #51537)<br>LESLEY BOHLEBER (WSBA #49150)<br>SHANE E. CREASON (WSBA #63865)<br>BUSH KORNFELD LLP<br>601 UNION STREET, SUITE 5000<br>SEATTLE, WA 98101<br>Tel: (206) 292-2110<br>Emails: jday@bskd.com;<br>rkeeton@bskd.com; lbohleber@bskd.com;<br>screason@bskd.com | HONORABLE WHITMAN L. HOLT |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>ANDERSON HAY ENTERPRISE, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 25-02074<br><br>DECLARATION OF STEVE GORDON IN SUPPORT OF EX PARTE MOTION FOR AN ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES |

Steve Gordon declares as follows:

1. I am the Chief Financial Officer of Anderson Hay & Grain Co., Inc., and I have personal knowledge of the facts set forth herein.

2. The Debtors, Anderson Hay Enterprise, Inc. ("Enterprise"), Anderson Hay & Grain Co., Inc. ("AHG"), Anderson Agri LLC ("Agri"), M T A Farms LLC ("MTA Farms"), Anderson Pet Holdings LLC ("Pet Holdings"), MTA Ranch, LLC ("MTA

DECLARATION OF STEVE GORDIN IN SUPPORT OF EX PARTE MOTION FOR AN ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES – Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

25-02074-WLH11   Doc 3   Filed 11/26/25   Entered 11/26/25 18:35:00   Pg 1 of 3

Ranch"), and M T A Holdings, L.L.C. ("MTA Holdings") are seven affiliates that collectively operate a farming business in the State of Washington.

3. Enterprise is a Washington corporation, headquartered in Ellensburg, Washington. Mark Anderson is the sole shareholder and Director of Enterprise.

4. AHG is a Washington corporation and a wholly owned subsidiary of Enterprise.

5. Agri is a Washington limited liability company. Enterprise is the sole member of Agri, and Mark Anderson serves as its manager

6. MTA Farms is a Washington limited liability company. Enterprise is the sole member of MTA and serves as its manager.

7. Pet Holdings is a Washington limited liability company. Enterprise is the sole member of APH and serves as its manager.

8. MTA Ranch is a Washington limited liability company. Mark Anderson is the sole member of Ranch and serves as its manager.

9. MTA Holdings is a Washington limited liability company. Mark Anderson is the sole member of Rach and serves as its manager.

10. While the Debtors are seven individual legal entities, they operate as a single enterprise, utilizing common financial, debt, and banking facilities.

11. On November 26, 2025, each of the above-captioned debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

12. All of the Debtors have contemporaneously filed motions seeking joint administration with Enterprise as the lead case.

DECLARATION OF STEVE GORDIN IN SUPPORT OF EX PARTE MOTION FOR AN ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES – Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

25-02074-WLH11    Doc 3    Filed 11/26/25    Entered 11/26/25 18:35:00    Pg 2 of 3

13. Given that the Debtors are close affiliates, operate as a single business enterprise, utilize the same financial and cash management systems, debt, and operational management, many of the motions, hearings, and orders that will arise in this case will affect all Debtors.

14. It is my belief that joint administration will reduce the time, expense, and burden of filing duplicative pleadings in each case and thereby reduce the fees and costs associated with case administration.

15. To ease the burden of filing and mailing duplicative pleadings in each of the cases, the Debtors respectfully request that the court authorize joint administration of each of the cases with Enterprise's case as the lead case.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing information is true and correct to the best of my knowledge.

DATED in Seattle, Washington, this 26th day of November, 2025.

/s/ Steve Gordon

DECLARATION OF STEVE GORDIN IN SUPPORT OF EX PARTE MOTION FOR AN ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES – Page 3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

25-02074-WLH11    Doc 3    Filed 11/26/25    Entered 11/26/25 18:35:00    Pg 3 of 3